MAY 8, 1958

**No. 61914.—SUIT 4921.—Tropical Craft Corp.** *v.* **United States.—**▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮—C. D. 1860 affirmed January 22, 1958.
C. A. D. 673.